# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-00873-JLK

DEBORAH CARTER,

    Plaintiff,

v.

CREDIT BUREAU OF CARBON COUNTY
d/b/a COLLECTION CENTER, INC.,

    Defendant.

## ORDER FOR RESPONSE TO MOTION FOR PROTECTIVE ORDER & GRANTING MOTION FOR EXTENSION OF TIME

Kane, J.

    Plaintiff must Respond to Defendant's Motion for Protective Order, Doc. 16, by or on June 27th, 2014.

    Defendant's Unopposed Motion for Extension of Time to Answer Initial Discovery, Doc. 15, is GRANTED. As it appears Defendant's Answer to Initial Discovery would, but for the extension, be due on July 2, 2014, Defendant's deadline by which to provide an Answer to Initial Discovery is extended to August 1, 2014.

DATED:    June 12, 2014                 BY THE COURT:

                                                     *s/John L. Kane*
                                                     John L. Kane, U.S. Senior District Judge