# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-00873-JLK

DEBORAH CARTER,

    Plaintiff,

v.

CREDIT BUREAU OF CARBON COUNTY
d/b/a COLLECTIONCENTER, INC.,
    Defendant.

## ORDER DENYING DEFENDANT'S MOTION FOR PROTECTIVE ORDER

Kane, J.

Defendant's Motion for Protective Order, Doc.16, is DENIED for failure to comply with D.C.Colo.L.Civr 7.1(a). I further note that, even if Defendant had satisfied the rules, the Motion would be denied under *Boughton v. Cotter Corp*. 65 F.3d 823, 825 (10th Cir. 1995).

DATED:   July 18, 2014          BY THE COURT:

                                                *s/John L. Kane*
                                                John L. Kane, U.S. Senior District Judge