IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **14-cv-873-JLK**

**DEBORAH CARTER,**

     Plaintiff,

v.

**CREDIT BUREAU OF CARBON COUNTY
d/b/a COLLECTION CENTER, INC.,**

     Defendant.

_____

### ORDER SETTING PRETRIAL CONFERENCE

_____

Kane, J.

A Pretrial Conference in this matter is set for **December 2nd, 2014 at 2:00 p.m. in Courtroom A802**, on the 8th Floor of the Alfred A. Arraj U.S. Courthouse, 901 19th Street.  Per my standing order regarding pretrial and trial procedures, *see* Memorandum to Counsel from Senior Judge John L. Kane Re: Pretrial and Trial Procedures[1], the parties are required to jointly prepare and submit *in editable format* a proposed Pretrial Order. Note that I also require the proposed Pretrial Order to be filed in .pdf form through the normal CM/ECF process.

In addition, my pretrial procedures require the parties to jointly submit proposed jury instructions no later than 30 days after the Pretrial Conference.

DATED:     November 4, 2014          BY THE COURT:

                                      ***s/John L. Kane***
                                      John L. Kane, U.S. Senior District Judge

_____

[1] Available on the Court's website:
http://www.cod.uscourts.gov/Portals/0/Documents/Judges/JLK/jlk_Civil-Procedures.pdf