IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-CV-873

DEBORAH S. CARTER,

    Plaintiff,

v.

CREDIT BUREAU OF CARBON COUNTY
d/b/a COLLECTIONCENTER, INC.,

    Defendant.

---

## ORDER RE: MOTION TO AMEND FINAL PRE-TRIAL CONFERENCE ORDER

---

    The Court, having reviewed Defendant's Motion to Amend Final Pre-Trial Conference Order, and being advised of all the facts of record and issues of law, hereby GRANTS Defendant's Motion. Defendant may include the documents recently received from Douglas Family Medicine as Exhibits for Trial.

Dated this 1st day of July, 2015.

                                    _____
                                    JOHN L. KANE
                                    SENIOR U.S. DISTRICT COURT JUDGE